Ramon QUIROZ; Edgar Cervera; Pedro Samaniego; Jesus Mercado; Moises Contreras, Jr.; Socrates Bustamonte, Plaintiffs–Appellants,

v.

JOEY RECORDS, INC.; El Zaz Music, Inc., Defendants–Appellees.

No. 05–51159

Summary Calendar.

United States Court of Appeals, Fifth Circuit.

June 19, 2006.

Gerald R. Lopez, Odessa, TX, for Plaintiffs–Appellants.

William Bradford Nash, Jackson Walker, San Antonio, TX, for Defendants–Appellees.

Before SMITH, GARZA, and PRADO, Circuit Judges.

PER CURIAM: *

The appellants challenge a summary judgment on their copyright infringement claim and the subsequent dismissal for want of jurisdiction. "No action for infringement of copyright in any United States work shall be instituted until registration of the copyright claim has been made in accordance with this title." 17 U.S.C. § 411(a). Appellants' admitted failure to register the disputed materials therefore bars their action for copyright infringement, and the district court properly disposed of the claim. Because the copyright claim was the sole basis of federal jurisdiction, the court dismissed the state law claims after granting summary judgment on the copyright claim. This action was also proper.[1]

AFFIRMED.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

1. See, e.g., Parker & Parsley Petroleum v. Dresser Indus., 972 F.2d 580, 585 (5th Cir. 1992) ("Our general rule is to dismiss state claims when the federal claims to which they are pendent are dismissed").